UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01336-TLN-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME, GRANTING PLAINTIFF FOURTEEN DAYS TO RESPOND TO DEFENDANTS' MOTION TO COMPEL, AND HOLDING THE FEBRUARY 22, 2021 FINDINGS AND RECOMMENDATIONS IN ABEYANCE<br><br>ECF No. 27 |

　　　　On October 26, 2021, defendants filed a motion to compel plaintiff to provide responses to their discovery requests. ECF No. 24. Plaintiff failed to timely file a response to that motion. Accordingly, on December 11, 2020, I ordered plaintiff to show cause, by no later than January 4, 2021, why this action should not be dismissed for failure to prosecute and failure to comply with the court's local rules. ECF No. 25. Plaintiff was notified that if he wished to continue this lawsuit, he needed to file an opposition or statement of non-opposition to defendants' motion. *Id.* He was also warned that failure to comply with that order would result in a recommendation that this action be dismissed.

　　　　Plaintiff failed to respond to that order. Accordingly, on February 22, 2021, I recommended that this action be dismissed for failure to prosecute and failure to comply with the court's local rules. ECF No. 26. I also notified the parties that any objections to that

1

recommendation were to be filed within fourteen days. *Id*. No objections were filed. However, nearly a month after I recommended that this action be dismissed, plaintiff filed a motion that requests an extension of time "to write the documents." ECF No. 27.

Plaintiff's request is too vague to apprise the court of the specific deadline he seeks to extend. Plaintiff might be seeking additional time to respond to either the December 11, 2020 order to show cause or the February 22, 2021 findings and recommendations. Or he might be seeking additional time either to file a response to defendants' motion to compel or to serve responses to their discovery requests. His motion does not say. Accordingly, the motion for an extension of time will be denied. Plaintiff, however, will be granted one final opportunity to file a response to defendants' motion to compel. Should he again fail to timely file an opposition or statement of non-opposition to defendants' motion, the February 22, 2021 findings and recommendations will be submitted to the district judge for consideration.

Accordingly, it is hereby ORDERED that:

1. The February 22, 2021 findings and recommendations, ECF No. 26, are held in abeyance.

2. Within fourteen days of the date of this order, plaintiff shall file either an opposition or statement of non-opposition to defendants' motion to compel.

3. Should plaintiff fail to timely file a response to defendants' motion, the February 22, 2021 findings and recommendations will be submitted to the district judge for consideration.

4. The Clerk of Court is directed to send plaintiff curtesy copies of defendants' motion to compel, ECF No. 24, and supporting request for judicial notice, ECF No. 23.

IT IS SO ORDERED.

Dated:   August 12, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE