UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-01336-TLN-JDP<br><br>**ORDER** |

　　　Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 22, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections have been filed.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed February 22, 2021, are ADOPTED IN FULL;

　　　2. This action is DISMISSED for failure to prosecute, failure to comply with court orders,

and failure to comply with the Court's local rules; and

      3. The Clerk of Court is directed to close the case.

Date: September 9, 2021

                                            Troy L. Nunley
                                            United States District Judge